No. 7,892.—ASSOCIATED SEED GROWERS, Appellant, *v.* RAVALLI COUNTY et al., Respondents.

Decided February 25, 1939.

PER CURIAM.—The parties to the above action having stipulated that the appeal may be dismissed, its dismissal is hereby ordered.

*Messrs. O'Hara, Madeen & Grant,* and *Mr. Rowland M. Butler,* for Appellant.

*Mr. George McLean,* County Attorney, for Respondents.